# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF ALABAMA
# EASTERN DIVISION

| | |
|---|---|
| DALLAS WELDON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:17-CV-159 |
| | ) |
| KB RENTALS, LLC, | ) |
| | ) |
| Defendant. | ) |

## NOTICE OF VOLUNTARY DISMISSAL

Pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiff hereby files this Notice of Voluntary Dismissal and states that this case has been settled, costs taxed as paid.

Respectfully submitted this the 18th day of April, 2017.

_____
John Allen Fulmer (ASB-1089-O42F)
*Attorney for Plaintiff*

**Of Counsel:**
**FULMER LAW FIRM, P.C.**
P.O. Box 130373
Birmingham, AL 35213
Telephone: (205) 402-2100
jaf@jafulmerlaw.com

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 18th day of April, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and sent via electronic mail the foregoing to counsel for the defendant:

Thomas M. Eden III
CONTSTANGY, BROOKS,
SMITH, & PROPHETE, LLP
3120-D Frederick Road
Opelika, AL 36801
teden@constangy.com

                                              */s/ John Allen Fulmer*
                                              Of counsel